## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01388-AP

JOSEPH BRIGMAN

        Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Kristina Vasold, Esq.
The Sawaya Law Firm
1600 Odgen Street
Denver, CO 80218
Telephone (303) 551-7701
E-mail: kvasold@sawayalaw.com

For Defendant:
John F. Walsh
United States Attorney

Alexess Rea
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout St., Suite 4169
Denver, CO 80294-4003
(303) 844-7101
Alexess.rea@ssa.gov

J. BENEDICT GARCIA
Assistant United States Attorney
1961 Stout St., Suite 4169
Denver, CO 80294-4003

(303) 454-0100
J.B.Garcia@usdoj.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      **A.      Date Complaint Was Filed:** May 29, 2013

      **B.      Date Complaint Was Served on U.S. Attorney's Office:** June 12, 2013

      **C.      Date Answer and Administrative Record Were Filed:** July 31, 2013

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.  However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.      OTHER MATTERS**

There are no other matters anticipated.  Plaintiff's current claim does not involve any prior judicial proceedings.

**8.**     **BRIEFING SCHEDULE**

Attorneys for both parties agree to the following proposed briefing schedule:

**A.**     **Plaintiff's Opening Brief Due:** September 23, 2013

**B.**     **Defendant's Response Brief Due:** October 23, 2013

**C.**     **Plaintiff's Reply Brief (If Any) Due:** November 7, 2013

**9.**     **STATEMENTS REGARDING ORAL ARGUMENT**

**A.**     **Plaintiff's Statement:**  Plaintiff does not request oral argument.

**B.**     **Defendant's Statement:**   Defendant does not request oral argument.

**10.**     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.**     **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.**     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

3

DATED this 13th day of August, 2013.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Kristina J. Vasold<br>The Sawaya Law Firm<br>1600 Ogden Street<br>Denver, CO 80218<br>Telephone (303) 551-7701<br>E-mail: kvasold@sawayalaw.com<br><br>Attorney for the Plaintiff | JOHN F. WALSH<br>United States Attorney<br><br>s/Alexess Rea<br>Special Assistant<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout St., Ste. 4169<br>Denver, CO 80294-4003<br>(303) 844-7101<br>Alexess.rea@ssa.gov<br><br>J. Benedict Garcia<br>Assistant United States Attorney<br>1961 Stout St., Ste 4169<br>Denver, CO 80294-4003<br>(303) 454-0100<br>E-mail: J.B.Garcia@usdoj.gov<br><br><br>Attorneys for Defendant. |